UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEATHER HENDERSON, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> RELIANT HOSPICE OF HOUSTON, LLC AND LOIAL HOSPICE, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 5:23-cv-751-FB |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Heather Henderson ("Plaintiff") and Defendants Reliant Hospice of Houston, LLC and Loial Hospice, LLC ("Defendants") (collectively, the "Parties") in the above-captioned action, by and through their counsel of record, stipulate to the following and respectfully request this Court to enter their *Joint Stipulation of Dismissal with Prejudice* to fully adjudicate this matter:

1. This stipulation is made and entered into between Plaintiff and Defendants.

*2.* This stipulation relates to the above-captioned action *Heather Henderson, on behalf of herself and all others similarly situated v. Reliant Hospice of Houston, LLC and Loial Hospice, LLC,* Cause No. SA-23-cv-751-FB, pending in the United States District Court for the Western District of Texas, San Antonio Division.

3. In accordance with FED. R. CIV. P. 41(a)(1)(A)(ii), the Parties stipulate and agree to the dismissal, with prejudice, of Plaintiff's action against Defendants, including all of Plaintiff's

claims against Defendants asserted therein, with each party to this stipulation bearing their own attorneys' fees and costs.

WHEREFORE, the Parties jointly request that the Court dismiss the above-captioned action, and all claims asserted therein, in its entirety.

Respectfully submitted,

| WELMAKER LAW, PLLC | POLSINELLI PC |
|---|---|
| */s/  Douglas B. Welmaker* | */s/ Jason T. Weber (with permission)* |
| **Douglas B. Welmaker** | **Jason T. Weber,** *Lead Counsel* |
| State Bar No. 00788641 | Texas State Bar Number: 24075251 |
| Welmaker Law, PLLC | jweber@polsinelli.com |
| 409 N. Fredonia, Suite 118 | **Derek A. McKee** |
| Longview, Texas 75601 | Texas State Bar Number: 24108765 |
| Phone: (512) 799-2048 | dmckee@polsinelli.com |
| doug@welmakerlaw.com | 2950 N. Harwood Street, Suite 2100 |
| | Dallas, Texas 75201 |
| *Attorney for Plaintiff* | Telephone: (214) 397-0030 |
| | Facsimile: (214) 292-9487 |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this 3rd day of November 2023, on all counsel of record via the Court's *CM/ECF* system pursuant to the FEDERAL RULES OF CIVIL PROCEDURE.

                                              */s/ Douglas B. Welmaker*
                                              Douglas B. Welmaker